NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AXONICS, INC.,**
*Appellant*

**v.**

**MEDTRONIC, INC.,**
*Appellee*

---

2022-1534

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00713.

---

**JUDGMENT**

---

MATTHEW D. POWERS, Tensegrity Law Group LLP, Redwood Shores, CA, argued for appellant. Also represented by WILLIAM P. NELSON; AZRA HADZIMEHMEDOVIC, SAMANTHA A. JAMESON, AARON MATTHEW NATHAN, STEPHEN SHAHIDA, McLean, VA.

NAVEEN MODI, Paul Hastings LLP, Washington, DC, argued for appellee. Also represented by QUADEER AHMED, CHETAN BANSAL, STEPHEN BLAKE KINNAIRD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>June 9, 2023</u> | <u>/s/ Jarrett B. Perlow</u> |
| Date | Jarrett B. Perlow |
| | Acting Clerk of Court |